UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KARENA J. GERDE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:14-CV-05679-MAT<br><br><br>ORDER ON STIPULATED MOTION FOLLOWING MANDATE |

Pursuant to the Mandate of United States Court of Appeals (ECF No. 36), the parties' Stipulated Motion on the Mandate, and good cause shown, **IT IS HEREBY ORDERED** that this Court's Order Re: Motion for Equal Access to Justice Act Fees (ECF No. 30), is amended as follows:

1. This Court's prior denial of Plaintiff's request for attorney fees pursuant to the Equal Access of Justice is stricken;

2. It is ordered that the Commissioner of Social Security will pay Karena Gerde the sum of $10,087.10 in full satisfaction of Karena Gerde's EAJA claim in *Gerde v. Berryhill*, Ninth Circuit No. 18-35576, *Gerde v. Berryhill*, Ninth Circuit No. 15-35418, *Gerde v. Berryhill*, Western District of Washington No. 3:14-cv-05679-MAT, and of any and all claims,

known and unknown, Karena Gerde now has or may hereafter acquire against the Social Security Administration under the EAJA and arising out of the circumstances giving rise to these proceedings. If the U.S. Department of the Treasury determines Karena Gerde's EAJA award is not subject to any offset allowed under the Treasury offset program as discussed in *Astrue v. Ratliff*, 552 U.S. 1193 (2010), payment of this settlement amount will be made to Karena Gerde's attorney Eitan Kassel Yanich. This order does not change or affect the previous award of costs to Karena Gerde.

DATED this <u>17th</u> day of December, 2018.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3717
Fax: (206) 615-2531
lars.nelson@ssa.gov

Page 2    ORDER ON STIPULATED MOTION FOLLOWING
         MANDATE - [3:14-CV-05679-MAT]